# Exhibit A

Chester Lee Marks
2602 W. Glenrosa Ave Apt.45
Phoenix, Az 85017
Brown12341@live.com
Ph# 602 841-7069

IN PROPRIA PERSONA



FEB 16 2021

CLERK OF THE SUPERIOR COURT
C. CRUZ
DEPUTY CLERK

In the Superior Count of Arizona

County of Maricopa

Chester Lee Marks
    Plaintiff

COMPLAINT   CV 2021-002445

V.S.

Comenity Capital Bank
    Defendant

## I JURISDICTION:

1 The Superior Count is the proper venue for this action and the court has jurisdiction under

A.R.S. 12-401

## II PARTIES:

2 Plaintiff, Chester Lee Marks, File his complaint and causes of action hereby alleges as follows:

3 Chester Lee Marks, at all time was an Arizona resident at 2602 W. Glenrosa Ave Apt.45/ Phoenix, Az 85017 ,and have been damages by the acts alleged in his complaint.

4 Chester Lee Marks, who have been damaged by the acts alleged in his complaint has claims that are shared in common questions of laws or facts.

1

5 Chester Lee Marks, bring this complaint on his own behalf.

6 <u>Defendant, Comenity Capital Bank,</u> mailing address is P.O. Box 182620 Columbus, Ohio/ 43218-2620 has accursed Plaintiff opening up a second account with Blair Catalog to purchase a dress coat worth $129.99 cents. When the Plaintiff denied opening the second account. The defendant started harassing him with phone call.

7 The defendant also engaged in letter threating and penalizing punishment for late payment fees as well as damaging my credit score.

### III Facts;

8 On 03/20/2020 I ordered two items from Blair Catalog dress pants and dress cost for $129.99. It is my understand that after talking with Blair representative someone placed another order from the Blair Catalog using my credit card information to purchase a dress cost.

9 Talking with Blair Catalog and Comenity Capital Bank for more month. Blair representatives investigated the matter and determined I was not responsible for count two account. Exhibit (A)

10 I have been a victim of fraudulent activity by Comenity Capital Bank personnel through inside conspiracy to open up Blair credit account by using my Blair credit account without my permission or authorization.

11 I was accursed of purchasing a dress cost from Blair Catalog. When I told them I did not order a signal dress cost from Blair Catalog. Comenity Capital Bank they started harassing me with phone call, threating letter, and with the intent to continue penalizing me monthly for my none payment.

12 Therefore, because of their action I was unable to get any additional credit and my credit score decreased.

13 On 09/04/2020 my accuser Blair VIP Credit Card and Comenity Capital Bank did report their fraudulent scheme act to the credit bureau.

14 They wanted me to know and the credit bureau to know that through their own admission and investigation that I was not responsible for the disputed balance amount on my credit card account. Exhibit "A"

17 In additional, they submitted a request to the three National Credit Agencies to have the disputed Blair account removed from my credit bureau report.

18 The defendant's harassment, threat, Phone call, monetary penalty, and continue letter for more than seven months have caused mental anguish, emotional stress, and frustration.

## IV CAUSE FOR ACTION;

19 First Cause For Action: The United States constitution guarantee the right to american citizen to be free from phone call harassment and unwarranted threat and punishment.

20 The defendant have called ever other week to talk about the Blair account that I know nothing about. I have on many occasions told them I did not order a signal dress coat from Blair catalog. They have harassed, threat me for no reason to do so. Blair representative has sent Comenity Capital Bank the same letter they sent me. Let us know that I am not responsible for disputed account balance.

21 The defendant willful and deliberate action violation the 14th amendment clause to the united states constitution. The equal protection clause.

22 Second Cause for Action: The United States Constitution protect American citizen fraudulent scheme and deception. Comenity Capital Bank knew that I had nothing to do

with ordering the dress coat. Their fraudulent scheme and repeated lies have been discovered from Blair representatives letter that clear me from any wrong doing. Comenity Capital Bank action show that they are only interested in getting me charge for the dress coat I never did order from Blair.

## V RELIEF;

23 Compensatory Damages in the amount of One Dollars from constitutional right violations.

24 Punitive Damages in the amount of Ten Thousands Dollars for mental anguish and unwarranted stress.

25 Court Cost and Attorney Fee;

26 Any other relief this court deem appropriate;

## VI CONCLUSION;

27 Whereas, The Plaintiff request this court to hold the defendant liable for their action in this matter. The defendant payment bills letter, phone call, verbally threating words, punishing words and lies lead to continual harassment and mental anguish.

28 The Plaintiff credit score was damaged because of the dispute with comenity capital bank. I am still receiving harassing phone call and threat this very day from comenity capital bank.

29 Blair representatives and I have tried to explain to comenity capital bank that I did not open any second account to purchase dress coat that I am accused of doing. I did purchase a dress suit from Blair catalog and paid earlier payment monthly.

Chester Lee Marks PRO SE,

*EXHIBIT A* (handwritten)

# BLAIR



CHESTER MARKS
2602 W GLENROSA AVE APT 45
PHOENIX AZ 85017-4347

09/04/2020
Account Ending In: 2832

Dear CHESTER MARKS,

On 08/04/2020, you filed a fraud dispute on the above Blair® credit card account with us. After our thorough investigation of the claim, we have concluded that you are not responsible for the disputed balance amount on this credit card account. In addition, we have submitted a request to the three national credit reporting agencies to remove this account from your credit bureau report if applicable. Please allow 30 to 45 days for the update to occur.

Please accept our apologies for any inconvenience this situation may have caused you. If you have any further questions, please feel free to contact us at 1-800-888-1726 (TDD/TTY: 1-888-819-1918).

Sincerely,

Account Protection Team



Send Correspondence To
Comenity Capital Bank
PO Box 183003 Columbus, OH 43218-3003
All Bankruptcy Notices/Related Correspondence To
PO Box 183043 Columbus, OH 43218-3043

nn000871 2832 AFPCM14        2020-09-04    Page 1 of 1